**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tyesha Star Rodgers                    CHAPTER 7

<u>Debtor(s)</u>                    BKY. NO. 19-17832 JKF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                  Respectfully submitted,
                  **/s/ Rebecca A. Solarz Esquire**
                  Rebecca A Solarz, Esquire
                  Kevin G. McDonald, Esquire
                  KML Law Group, P.C.
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106-1532
                  (215) 627-1322