## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tyesha Star Rodgers<br>            Debtor<br><br>M&T Bank<br>            Movant<br>    vs.<br><br>Tyesha Star Rodgers<br>            Debtor<br><br>Gary F. Seitz, Esquire<br>            Trustee | CHAPTER 7<br><br><br><br><br>NO. 19-17832 JKF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief of M&T Bank, which was filed with the Court on or about March 17, 2020 (Document No. 13).

                                                  Respectfully submitted,

                                                  **/s/ Rebecca A. Solarz, Esquire**
                                                  Rebecca A. Solarz, Esquire
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA  19106
                                                  215-627-1322

April 9, 2020